IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| WILLIE RIVAS, | § | |
|     PLAINTIFF, | § | |
| - VS - | § | CIVIL ACTION NO. 7:16-CV-00609 |
| STATE FARM LLOYDS AND ROSA CONTRERAS, | § | |
|     DEFENDANTS. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE MICAELA ALVAREZ:

PLAINTIFF, WILLIE RIVAS and DEFENDANTS, STATE FARM LLOYDS AND ROSA CONTRERAS file this Joint Stipulation of Dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

1. Pursuant to RULE 41 of the FEDERAL RULES OF CIVIL PROCEDURE, the Parties hereby agree and stipulate that all claims of PLAINTIFF, WILLIE RIVAS against DEFENDANTS, STATE FARM LLOYDS AND ROSA CONTRERAS in this action are dismissed **WITH PREJUDICE**. This Stipulation disposes of all parties and all claims in this action.

2. The Parties further hereby agree and stipulate that all Parties shall be solely responsible for their respective costs and attorneys' fees incurred as a result of this action.

3. This Stipulation is effective as of the filing of this Stipulation of Dismissal with prejudice.

4. The Parties respectfully request that the Court execute the Proposed Final Judgment, dismissing this action with prejudice.

5. The undersigned representatives of PLAINTIFF, WILLIE RIVAS and DEFENDANTS,

- Page 1

STATE FARM LLOYDS AND ROSA CONTRERAS, each certify that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 490-7402 – Telephone
(210) 490-8372 – Facsimile

By: _____
Perry Dominguez
Federal ID No.: 690067
State Bar No. 24055414
perry@krwlawyers.com
Kevin S. Baker
State Bar No. 00797799
kevin@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**

AND

DYKEMA COX SMITH
112 East Pecan Street, Suite 1800
San Antonio, Texas  78205
210.554.5500
210.226.8395 (Fax)

By: ___/s/ Stephanie Guerrero____
THOMAS E. SANDERS
Federal ID No.: 20800
State Bar No. 00794589
tsanders@dykema.com
STEPHANIE GUERRERO
Federal ID No.: 2097941
State Bar No. 24075802
sguerrero@dykema.com

**ATTORNEYS FOR DEFENDANTS**

- Page 2