IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WILLIE RIVAS, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| - VS - § | |
| § | CIVIL ACTION NO. 7:16-CV-00609 |
| STATE FARM LLOYDS § | |
| AND ROSA CONTRERAS, § | |
| § | |
| DEFENDANTS. § | |
| § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. 8), the Court enters final judgment dismissing this action with prejudice.

ORDERED this _____ day of _____, 2016.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE

Copies to:
   Perry Dominguez, perry@krwlawyers.com
   Kevin S. Baker, kevin@krwlawyers.com
   Thomas E. Sanders, tsanders@dykema.com
   Stephanie Guerrero, sguerrero@dykema.com