United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| WILLIE RIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-609 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Joint Stipulation of Dismissal With Prejudice,"[1] filed by Willie Rivas ("Plaintiff"), State Farm Lloyds and Rosa Contreras ("Defendants"), announcing to the Court that Plaintiff seeks to dismiss this suit and that Defendants agree to dismissal of Plaintiff's claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendants, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of November, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 8.